IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD ALAN COONS,

  Plaintiff,

v.

THEE ARTIST CURRENT AT KIDS UNLIMITED,

  Defendant.

Civ. No. 1:19-cv-01544-CL

ORDER

MCSHANE, Judge:

  Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 7), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 7) is adopted. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (ECF No. 2) and Motion for Appointment of Counsel (ECF No. 3) are denied and his claims are dismissed without prejudice.

  Additionally, the Court imposes a prefiling order on Plaintiff. Chambers staff shall screen any filing by Plaintiff in this Court prior to docketing by the Clerk's Office.

IT IS SO ORDERED.

DATED this 9th day of December, 2019.

/s/ Michael J. McShane
Michael McShane
United States District Judge